UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                        :

KATHLEEN STEPHENS, et al.,                :

                          Plaintiffs,                         :

                                                       :     18-cv-07439-RJD-CLP

             v.                                      :

HSBC HOLDINGS PLC, et al.,                 :

                          Defendants.                   :

------------------------------------------------------------ X

## STIPULATION AND [PROPOSED] ORDER

The Moving Defendants,[1] through their counsel, and Plaintiffs, through their counsel, hereby stipulate and agree as follows:

WHEREAS plaintiffs filed a Complaint against the Moving Defendants in matter 14 Civ. 06601 (DLI-CLP) ("*Freeman*") on November 10, 2014;

WHEREAS the Court entered an order staying discovery in *Freeman* on January 16, 2015, ECF No. 37;

WHEREAS the Moving Defendants filed a motion to dismiss the Complaint in *Freeman* on November 10, 2016, ECF No. 120 (the "Motion to Dismiss");

WHEREAS the Hon. Cheryl L. Pollak, United States Magistrate Judge, issued a Report and Recommendation on July 27, 2018, ECF No. 165 (the "R&R");

---

[1] The Moving Defendants are HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC Bank USA, N.A.; Barclays Bank PLC; Standard Chartered Bank; Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.); Credit Suisse AG; and Commerzbank AG.

WHEREAS the Moving Defendants filed objections to the R&R in *Freeman* on August 31, 2018, ECF No. 174;

WHEREAS Plaintiffs filed a Complaint against the Moving Defendants in the above-captioned matter ("*Stephens*") on December 28, 2018; and

WHEREAS the parties, having met and conferred, agree in the interest of efficiency and judicial economy to stay all proceedings in *Stephens* with respect to the Moving Defendants until 30 days after the Court rules on the Motion to Dismiss in *Freeman*, and further agree that after the stay is lifted, service on the Moving Defendants with judicial process in *Stephens* in the manner provided by Federal Rule of Civil Procedure 4 will not be required.

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows:

1. The undersigned parties agree that all proceedings in *Stephens* with respect to the Moving Defendants, including service of the Complaint, should be stayed until 30 days after the Court rules on the Motion to Dismiss in *Freeman*.

2. The Moving Defendants agree that upon termination of the stay, service on the Moving Defendants with judicial process in *Stephens* in the manner provided by Federal Rule of Civil Procedure 4 will not be required.

3. The Moving Defendants retain all defenses and objections in *Stephens*, except for defenses and objections based on a defect in the summons or in the service of the summons in *Stephens*. The defenses and objections that the Moving Defendants hereby retain include, but are not limited to, defenses and objections related to personal jurisdiction.

4. Following any ruling on the Motion to Dismiss in *Freeman*, the parties will confer in good faith regarding the most fair and efficient way to proceed in light of such ruling, with all parties' rights in this regard fully reserved.

IT IS FURTHER STIPULATED BY AND BETWEEN the undersigned counsel that except as provided above, nothing in this stipulation shall waive any right or defense of any party, all of which rights and defenses are expressly reserved.

Dated: February 11, 2019

BURNS CHAREST LLP
by *LeElle Slifer*

Daniel H. Charest
LeElle Slifer
Spencer M. Cox
Kyle Oxford
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Facsimile: (469) 444-5002
dcharest@burnscharest.com
scox@burnscharest.com
koxford@burnscharest.com

*Attorneys for the Stephens Plaintiffs*

| SULLIVAN & CROMWELL LLP | MAYER BROWN LLP |
|---|---|
| by *Michael T. Tomaino, Jr./JCM* (signature) | by _____ |
| Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com<br><br>*Attorneys for Defendant Barclays Bank PLC* | Mark G. Hanchet<br>Robert W. Hamburg<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500<br>mhanchet@mayerbrown.com<br>rhamburg@mayerbrown.com<br><br>*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A.* |

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| by (signature) | by _____ |
| Jonathan I. Blackman<br>Carmine D. Boccuzzi, Jr.<br>Avram E. Luft<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>cboccuzzi@cgsh.com<br>aluft@cgsh.com<br><br>*Attorneys for Defendant Commerzbank AG* | Sharon L. Nelles<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br><br>*Attorney for Defendant Standard Chartered Bank* |

4

SULLIVAN & CROMWELL LLP

by _____

    Michael T. Tomaino, Jr.
    Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

MAYER BROWN LLP

by /s/ _____

    Mark G. Hanchet
    Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A.*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

by /s/ _____

    Jonathan I. Blackman
    Carmine D. Boccuzzi, Jr.
    Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendant Commerzbank AG*

SULLIVAN & CROMWELL LLP

by _____

    Sharon L. Nelles
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com

*Attorney for Defendant Standard Chartered Bank*

SULLIVAN & CROMWELL LLP

by _____

    Michael T. Tomaino, Jr.
    Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

MAYER BROWN LLP

by _____

    Mark G. Hanchet
    Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

by __/s/_____

    Jonathan I. Blackman
    Carmine D. Boccuzzi, Jr.
    Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendant Commerzbank AG*

SULLIVAN & CROMWELL LLP

by __/s/ Sharon L. Nelles_____

    Sharon L. Nelles
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com

*Attorney for Defendant Standard Chartered Bank*

4

| | |
|---|---|
| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
| by /s/ Marc R. Cohen | by _____ |
| Marc R. Cohen | Robert G. Houck |
| Alex C. Lakatos | Michael G. Lightfoot |
| 1999 K Street, N.W | 31 West 52nd Street |
| Washington, DC 20006 | New York, NY 10019-6131 |
| (202) 263-3000 | (212) 878-8000 |
| mcohen@mayerbrown.com | robert.houck@cliffordchance.com |
| alakatos@mayerbrown.com | michael.lightfoot@cliffordchance.com |
| | |
| *Attorneys for Defendant Credit Suisse AG* | Katie Barlow |
| | 2001 K Street NW |
| | Washington, DC 20006-1001 |
| | (202) 912-5000 |
| | Katie.Barlow@cliffordchance.com |
| | |
| | *Attorneys for Defendant The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.)* |

IT IS SO ORDERED, this ___ day of _____, 2019:

_____
Raymond J. Dearie
United States District Court Judge

5

| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
|---|---|
| by | by /s/ Robert G. Houck |
| Marc R. Cohen<br>Alex C. Lakatos<br>1999 K Street, N.W<br>Washington, DC 20006<br>(202) 263-3000<br>mcohen@mayerbrown.com<br>alakatos@mayerbrown.com<br><br>*Attorneys for Defendant Credit Suisse AG* | Robert G. Houck<br>Michael G. Lightfoot<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 878-8000<br>robert.houck@cliffordchance.com<br>michael.lightfoot@cliffordchance.com<br><br>Katie Barlow<br>2001 K Street NW<br>Washington, DC 20006-1001<br>(202) 912-5000<br>Katie.Barlow@cliffordchance.com<br><br>*Attorneys for Defendant The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.)* |

IT IS SO ORDERED, this ___ day of _____, 2019:

_____
Raymond J. Dearie
United States District Court Judge

5