**burns charest** llp

Daniel H. Charest
dcharest@burnscharest.com

July 17, 2023

**Via ECF**

The Honorable Pamela K. Chen
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Stephens, et al. v. HSBC Holdings PLC, et al.*, 18-CV-07439 (PKC) (CLP)
        Clarification of June 28, 2023 Minute Entry and Order

Dear Judge Chen:

On June 28, 2023, the Court entered a Minute Entry and Order to reflect the result of the June 27, 2023 status conference.[1] In pertinent part, the Court set out a schedule for amending pleadings and briefing motions to dismiss:

> ***Stephens*** **and** ***Freeman II/Bowman*** **Plaintiffs will file amended complaints on 9/26/2023. On 12/7/2023, Defendants motions to dismiss are due, and** ***Freeman I*** **will file their anticipated motion to vacate. On 2/1/2024,** ***Freeman II*** **and** ***Bowman*** **Plaintiffs will file their oppositions to the motions to dismiss, and Defendants will file their opposition to the** ***Freeman I*** **motion to vacate. Replies (by Defendants, regarding their motions to dismiss, and by** ***Freeman I*** **Plaintiffs regarding their motion to vacate), if any, will be filed 3/1/2024. The** ***Stephens*** **case remains stayed until the filing of the amended complaint on 9/26/2023.**

Based on the June 27, 2023 status conference, the parties understood that the motion to dismiss briefing would apply to the *Stephens* plaintiffs' amended complaint as well as the amended complaints in both *Freeman II* and *Bowman*. But the June 28, 2023 Minute Entry and Order does not list *Stephens* plaintiffs' amended complaint in the motion to dismiss briefing sequence.

To achieve the expected plan, the *Stephens* plaintiffs suggest that the Court amend the June 28, 2023 Minute Entry and Order to include the *Stephens* plaintiffs' amended complaint in the motion to dismiss briefing as provided below:

> ***Stephens*** **and** ***Freeman II/Bowman*** **Plaintiffs will file amended complaints on 9/26/2023. On 12/7/2023, Defendants motions to dismiss are due, and** ***Freeman I*** **will file their anticipated motion to vacate. On 2/1/2024,** ***Stephens*** **and** ***Freeman II/Bowman*** **Plaintiffs will file their oppositions to the motions to dismiss, and Defendants will**

---

[1] On July 10, 2023, the Court modified this Minute Entry and Order but not in a way that impacts the issue raised in this letter.

The Honorable Pamela K. Chen
July 17, 2023
Page 2

> **file their opposition to the *Freeman I* motion to vacate. Replies (by Defendants, regarding their motions to dismiss, and by *Freeman I* Plaintiffs regarding their motion to vacate), if any, will be filed 3/1/2024. The *Stephens* case remains stayed until the filing of the amended complaint on 9/26/2023.**

Counsel for the *Stephens* plaintiffs has confirmed that all defendants and the *Freeman II* and *Bowman* plaintiffs concur in this understanding and approach.

Thank you for your time and attention in this matter.

Best regards,

**BURNS CHAREST LLP**

Daniel H. Charest, Partner

cc:     All Counsel of Record (by ECF).